**Pamela Dov**  

> I did everything u told me guy up on stand and u are all ways so mad at me I don't know y u take me the wrong way I am sorry if u are mad at me please don't be
> 7:30 PM

> I know it's over maybe I just need to talk to you because I feel comfortable don't be mad at me I am your friend at least I want to be
> 7:31 PM

> Have a cup of tea and call me when ever u want I'm very stressed and I'm not mad I know I'm crazy that's y I'm on medication
> 7:32 PM

> I want any communication between us to be in writing moving forward. Until your phone call 2 minutes ago I knew of no connection between your husband and a

 

   



  Pamela Dov  

> I wish you were more circumspect in the comments you make. I did the best I could do for your husband. I was in frequent contact with Andrea during my vacation. I wish the rest was better but your husband hurt a lot of people financially and today was their opportunity to vent and they did so effectively. As I told you, Shayeh is fortunate the judge did not depart upwards after those victims testified today.
> 7:38 PM ✓✓

Ok I just don't want u to be mad at me so are we friends
7:39 PM

I hate when anyone is mad at me
7:39 PM

> Let me repeat - you need to be more careful about the things you say. You commented after

